**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re* CROWN CASTLE INT'L CORP. SECURITIES LITIGATION | : Civil No. 2:20-cv-02156 (CCC)(ESK)<br>:<br>:<br>: CLASS ACTION<br>: |
| This Document Related to:<br><br>   ALL ACTIONS. | :<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER**

Lead Plaintiffs Yenho Tree and the City of Ann Arbor Employees' Retirement System (collectively, "Lead Plaintiffs") and Defendants Crown Castle International Corp., Jay A. Brown, and Daniel Schlanger (collectively, "Defendants," and each a "Defendant"), through their undersigned attorneys, hereby agree and stipulate to the following:

WHEREAS, two complaints in this action were filed on February 27, 2020, and March 17, 2020, respectively, by other plaintiffs and other firms and not served on the defendants: *La v. Crown Castle Int'l Corp., et al.*, 2:20-cv-02156; and *Goering v. Crown Castle Int'l Corp., et al.*, 2:20-cv-02943;

WHEREAS, pursuant to the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C. §78u-4(a)(3)(B), on December 7, 2020, the Court consolidated the related actions as *In re Crown Castle Int'l Corp. Sec. Litig.*, 2:20-cv-02156, appointed Yenho Lee and the City of Ann Arbor Employees' Retirement System as Lead Plaintiffs, and pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), approved Hagens Berman Sobol Shapiro LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel;

WHEREAS, on December 23, 2020, the parties filed a stipulation and proposed order concerning a schedule governing (a) the filing of a consolidated complaint to serve as the operative complaint in this action; and (b) the filing of any responsive motions;

WHEREAS, Lead Plaintiffs have requested an extension to file the consolidated amended complaint in light of difficulties associated with the ongoing COVID-19 pandemic, the parties have met and conferred, and have agreed upon a revised schedule for the filing of a consolidated complaint and the filing of any responsive motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, as follows:

1. Lead Plaintiffs shall file a consolidated complaint in this action no later than June 4, 2021;

2. Defendants shall respond to Lead Plaintiffs' consolidated complaint on or before September 7, 2021;

3. Lead Plaintiffs shall file an opposition to any responsive motion(s) by no later than November 8, 2021; and

4. Defendants shall file any reply in further support of any motion(s) to dismiss by no later than December 7, 2021.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.    _____
                                            HONORABLE CLAIRE C. CECCHI, U.S.D.J.

Approved and Presented by:

By:

Christopher A. Seeger
Christopher L. Ayers
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

*Liaison Counsel for Lead Plaintiffs*

Steve W. Berman (admitted *Pro Hac Vice*)
Shayne C. Stevenson (*Pro Hac Vice pending)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com

Lucas E. Gilmore (admitted *Pro Hac Vice)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Arthur C. Leahy (admitted *Pro Hac Vice*)
Matthew I. Alpert (admitted *Pro Hac Vice*)
Christopher R. Kinnon (admitted *Pro Hac Vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
artl@rgrdlaw.com
malpert@rgrdlaw.com
ckinnon@rgrdlaw.com

*Counsel for Lead Plaintiffs*

- 4 -

Bruce D. Greenberg
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Local Counsel for Plaintiffs*

Thomas C. Michaud
**VANOVERBEKE, MICHAUD &
TIMMONY, P.C.**
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*

Kevin J. Orsini
Karin A. DeMasi (admitted *Pro Hac Vice*)
Rachel G. Skaistis (admitted *Pro Hac Vice*)
Brittany L. Sukiennik (admitted *Pro Hac Vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 8th Avenue
New York, New York 10019
(212) 474-1000
korsini@cravath.com
kdemasi@cravath.com
rskaistis@cravath.com
bsukiennik@cravath.com

*Counsel for Defendants*