## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re CROWN CASTLE INT'L CORP. SECURITIES LITIGATION | ) No. 2:20-cv-02156-CCC-ESK<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs Yenho Tree and the City of Ann Arbor Employees' Retirement System voluntarily dismiss this action without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served. A class has not been certified. All parties agree to bear their own costs.

Dated: June 3, 2021

*/s/ Christopher A. Seeger*
Christopher A. Seeger
Christopher Ayers
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com

*Liaison Counsel for Lead Plaintiffs*

Steve W. Berman (admitted *pro hac vice*)
Shayne C. Stevenson (*pro hac vice* pending)
HAGENS BERMAN SOBEL SHAPIRO LLC
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
shaynes@hbsslaw.com

Lucas E. Gilmore (admitted *pro hac vice*)
HAGENS BERMAN SOBEL SHAPIRO LLC
715 Hearst Avenue, Suite 902
Berkeley, CA 94710
(510) 725-3000
lucasg@hbsslaw.com

Arthur C. Leahy (admitted *pro hac vice*)
Matthew I. Alpert (admitted *pro hac vice*)
Christopher R. Kinnon (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
artl@rgrdlaw.com
malpert@rgdrlaw.com
ckinnon@rgrdlaw.com

*Counsel for Lead Plaintiffs*

Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
bgreenberg@litedepalma.com

*Liaison Counsel for Plaintiffs*

Thomas C. Michaud
VANOVERKEKE, MICHAUD & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I caused the forgoing Notice of Voluntary Dismissal to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER